for the petitioners. *Paul J. Thompson, Ben W. Heineman* and *Max Swiren* for petitioners.

No. 143. KRULEWITCH *v.* UNITED STATES. The motion to enlarge the scope of review is denied. *Jacob W. Friedman* for petitioner.

Nos. 270 and 428, October Term, 1947. PARKER *v.* ILLINOIS. Petition denied.

No. 138, Misc. GIBSON *v.* BURKE;
No. 167, Misc. RUTHVEN *v.* OVERHOLSER; and
No. 169, Misc. MOORE *v.* NEW JERSEY. Motions for leave to file petitions for writs of habeas corpus denied.

No. 153, Misc. SMITH *v.* HOWARD, WARDEN. Motion for leave to file petition for writ of certiorari denied.

No. 156, Misc. IN RE HEIM. Treating the application in this case as a motion for leave to file a petition for an original writ of habeas corpus, leave to file is denied. THE CHIEF JUSTICE, MR. JUSTICE REED, MR. JUSTICE FRANKFURTER, and MR. JUSTICE BURTON are of the opinion that there is want of jurisdiction. U. S. Constitution, Article III, § 2, Clause 2; see *Ex parte Betz* and companion cases, all 329 U. S. 672 (1946); *Milch* v. *United States,* 332 U. S. 789 (1947); *Brandt* v. *United States,* 333 U. S. 836 (1948); *In re Eichel,* 333 U. S. 865 (1948). MR. JUSTICE BLACK, MR. JUSTICE DOUGLAS, MR. JUSTICE MURPHY, and MR. JUSTICE RUTLEDGE are of the opinion that motion for leave to file should be granted and that the case should be set for argument forthwith. MR. JUSTICE JACKSON took no part in the consideration or decision of this application.